UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROETTGEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>D. PARAMO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 14cv2988-JAH (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br>**[DOC. NO. 68]** |

   On February 14, 2017, all parties in this case—Plaintiff John Roettgen, and Defendants B. Jones, E. Benyard, S. Rutledge, A. Allamby, J. Zamora, D. Strayhorn, R. Olson, J. Ramirez, J. McGee, M. Carter, K. Spence, R. Lariosa, T. Russell, D. Paramo, and R. Briggs—filed a notice of settlement and joint motion to dismiss the entire case, pursuant to Fed. R. Civ. P. 41(a)(2). See Doc. No. 68. Having reviewed the joint motion, and good cause appearing, the motion is **GRANTED**.

   Accordingly, this entire action, including all claims stated herein against all parties, are dismissed with prejudice, and all pending matters in this case are **VACATED**.

   **IT IS SO ORDERED**.

DATED: February 14, 2017

_____
JOHN A. HOUSTON
United States District Judge

1